# CATHERINE FRANCES BURCHFIELD v. J. P. WEST.[1]

## May 20, 1921.

## No. 22,219.

**In action for personal injury — damages excessive.**

Action for personal injury. Plaintiff, who was over 70 years of age when injured, had two ribs fractured, resulting in a puncture of the pleural cavity. Verdict for $2,500. *Held*: Unless plaintiff consented to a reduction of the verdict to $1,700, defendant was granted a new trial. [Reporter.]

Action in the district court for Hennepin county to recover $15,000 for injuries received in a collision with an automobile. The answer was a general denial. The case was tried before Leary, J., and a jury which returned a verdict for $2,500. From an order denying his motion for a new trial defendant appealed. Affirmed.

*Milton D. Purdy* and *Eugene C. Noyes*, for appellant.
*J. D. Greathouse* and *William A. Tautges*, for respondent.

PER CURIAM.

Plaintiff in a buggy and defendant in a Ford met on a country road. The rear wheel of the buggy caught on the fender of the car. Some part of the harness or buggy gave way, plaintiff was tipped out, and in the fall broke

[1]Reported in 182 N. W. 954.

two ribs. She recovered a verdict for $2,500. On this appeal defendant's counsel conceded that there is evidence supporting the verdict both as to defendant's negligence and plaintiff's freedom from contributory negligence, but with much earnestness it is contended that the damages awarded are excessive. The only injury discovered was the fracture of two ribs. This was very painful for several weeks, because one of the ribs fractured in such a way as to puncture the pleural cavity of the lung. However, her physicians say there has been a good recovery. To be sure, some adhesions in the pleural cavity are suspected which give some pain in expanding the lung, or in lifting or other exertion. This is the only permanent injury claimed by any of plaintiff's physicians. They do not contend that she will suffer constant pain or that she will not improve in that regard. Plaintiff was past 70 years of age when the accident happened. She has reached that age when great lifting and much exertion is not ordinarily done. We think the damages are too large for the injury sustained even when the present low purchasing power of money is taken into consideration. A new trial is therefore granted unless plaintiff within 20 days after the going down of the remittitur herein files her consent to the reduction of the verdict to the sum of $1,700. Upon the filing of such consent in the court below no new trial will be had.